IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LARRY RAYFORD**
ADC #102969                                                              **PETITIONER**

v.                          No. 5:00-cv-307-DPM

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                        **RESPONDENT**

## ORDER

Rayford's motion for leave to amend his objections to Magistrate Judge Volpe's recommendation, *Doc. 55*, is granted. On *de novo* review, the Court adopts the recommendation, *Doc. 52*, and overrules Rayford's objections, *Doc. 53 & 55*. FED R. CIV. P. 72(b)(3). Rayford's motion and amended motion for relief, *Doc. 48 & 50*, are denied. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)-(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 August 2022